IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TIMOTHY DAVID HARRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0527 |
| ) | Judge Trauger |
| SHERIFF RONNIE TOUNGETTE, et al., ) | Magistrate Judge Griffin |
| ) | |
| Defendants. ) | |

**O R D E R**

On February 9, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 16) No timely objections have been filed. The Report and recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b), FED. R. CIV. P.

It is so **ORDERED.**

ENTER this 2nd day of March 2006.

_____
ALETA A. TRAUGER
U.S. District Judge